UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:14--00104-3 |
| | ) | Judge Trauger |
| **ALVIN DEWITT PARKER,** | ) | |
| **Defendant.** | ) | |

Comes now the Defendant. Alvin DeWitt Parker, by and through counsel and respectfully requests that his attorney be excused from the status conference presently scheduled for September 11, 2015. (Doc. 247). For cause, the Defendant would show the court that his attorney is scheduled to be out of town on that date and that the Defendant will be pleading guilty at his guilty plea hearing that is presently scheduled for September 24, 2015.

Respectfully submitted,

s/Thomas F. Bloom

Thomas F. Bloom
BPR # 11950
911 Marengo Lane
Nashville, TN. 37204
(615) 260-5952

### CERTIFICATE OF SERVICE

I hereby certify that I have provided a true and exact copy of the foregoing to all interested parties via the ECF system on this 2d day of September, 2015.

s/ Thomas F. Bloom